

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2019

No. 04-19-00358-CR

Wesley Byron **BIERHALTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2010-CR-B
Honorable William Old, Judge Presiding

## O R D E R

    Patricia Wagner's Notification of Late Reporter's Record is this date NOTED. The Reporter's Record is due on October 5, 2019.

    It is so **ORDERED** on September 10, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court